# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Shaileshbhai B Patel | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:24-cv-00244 |
| | ) | |
| Ur Jaddou, *Director, U.S. Citizenship and Immigration Services* | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 4) filed August 1, 2024, Defendant's Motion to Dismiss (Document No. 3) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date: August 2, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 8/2/2024

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*